**Exhibit A to the Complaint**

**Location:** Houston, TX  
**Total Works Infringed:** 35  
**IP Address:** 73.136.3.151  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 4E94ED79494685938C1A0B5F42BCD1C30F137C0D<br>File Hash:<br>4A44419A681C9E6241CCB8B2699BED33A47675D5848ED22EE581BD39525AD13C | 09-29-2022<br>17:26:24 | Blacked | 01-20-2020 | 02-04-2020 | PA0002225586 |
| 2 | Info Hash: 34F0DA2F0CCF929271FCC00697F4B9070B8C4254<br>File Hash:<br>14077D361F4604AA9DBBE92C06966CEF5BB7DC4073ECF07D76458645073A9F67 | 09-18-2022<br>20:30:44 | Vixen | 08-26-2022 | 10-05-2022 | PA0002373767 |
| 3 | Info Hash: BE12BC47B9E8402E60F764439965F58677EA2C40<br>File Hash:<br>37B0125CE7B2426E3BFD90B5564EA53F57F42E24B8E3BEEF272DAADA834740EE | 09-18-2022<br>20:19:56 | Blacked | 08-27-2022 | 10-05-2022 | PA0002373768 |
| 4 | Info Hash: 216F45A59927B41DC23BEAF802AF3AC7E990BFF6<br>File Hash:<br>0225B45018AC75C00DD17C4293E6D0E5FC7E2566523D7538FFBAD0EFE1E4CC62 | 08-17-2022<br>17:20:15 | Blacked | 08-06-2022 | 08-29-2022 | PA0002367714 |
| 5 | Info Hash: 484B79CD3E645BD7A365E97E92F2504FF9FC467A<br>File Hash:<br>FCB15AD0B43E46D890B68CF2D682DB5775314EF9405F8F52FA1E79D87A404ADC | 08-17-2022<br>15:18:00 | Blacked | 08-13-2022 | 08-30-2022 | PA0002367729 |
| 6 | Info Hash: A45135933D2916166CD81B774C59AB9D551ABFDD<br>File Hash:<br>5BB4FD9BB134B08DCB2F522421309D45E957B0FB1F8FDEAE7FB262B439168267 | 08-01-2022<br>14:11:39 | Blacked | 07-30-2022 | 08-30-2022 | PA0002367742 |
| 7 | Info Hash: 1D44B95259442C3A9B0B9455C8C28A89AD369DE7<br>File Hash:<br>DF7B69C7949959ED563F5993AE5D903F8E7A90693CFE734430395BEB848221E5 | 07-27-2022<br>15:09:10 | Blacked Raw | 07-25-2022 | 08-29-2022 | PA0002367727 |
| 8 | Info Hash: 665AB059BA65DDB82040CEB98A83B8BCED372A4C<br>File Hash:<br>33426FFA7BACA6169D3C17B75E83C7F65AF84AEE693F1DFF51FDA25B6EE0E659 | 07-27-2022<br>13:12:45 | Tushy | 07-24-2022 | 08-29-2022 | PA0002367746 |
| 9 | Info Hash: D73D84EA314E0FF698536A45595592C277D8F6C5<br>File Hash:<br>A8E5C067293F41DEA80AB05236733C455D1AC72FC8F4A66F7C7E20570AC3D873 | 07-24-2022<br>14:51:36 | Blacked Raw | 07-18-2022 | 08-30-2022 | PA0002367753 |
| 10 | Info Hash: B4E2293F2A6FCBF9F8318D9EB92E0335F7291A3A<br>File Hash:<br>9A0796D14BA544A20EF62FC54DB22C7706B87EAD1028E4A992A5A6085D79B83E | 07-24-2022<br>14:49:01 | Slayed | 03-01-2022 | 03-04-2022 | PA0002345786 |
| 11 | Info Hash: B3E42C84C48B8BEBEAC209531FF7F9AD54593F7F<br>File Hash:<br>673065A1DFFD464A5047C0181D534DC453ECF0026CC047D8DF60DD5354DF7DED | 07-19-2022<br>17:39:50 | Blacked | 09-04-2021 | 09-21-2021 | PA0002312679 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 8D084151BC3BB0184A284913F8756A95942EC720<br>File Hash: 55006DE9A9044C14737EFE43D27A79D43DD51BCD53A887462B4B898E7CA1B9BD | 07-19-2022 16:54:38 | Tushy | 07-17-2022 | 07-22-2022 | PA0002359476 |
| 13 | Info Hash: 2050D0595CE5CE49BF58E05FCFC07D94B3518567<br>File Hash: 68A380690E0D86D2B8C273C6DEAD56A98F5A34ED49D5E163E28FEB8F48A16271 | 07-19-2022 16:48:57 | Blacked | 07-16-2022 | 07-22-2022 | PA0002359474 |
| 14 | Info Hash: AAE348D90C4FA39840051273248DBE0EA9D7FE9D<br>File Hash: E562B3825FE50F9CC794DC8E409512EB0E44398E0F90D53EE11B138015C05EA5 | 07-13-2022 19:19:27 | Vixen | 07-01-2022 | 07-22-2022 | PA0002359463 |
| 15 | Info Hash: 05438F2CF69D18238BBA727486A2E2701D8C6209<br>File Hash: 2410CBC313B4B1900B9EA08395296AB2AC2FC150963C30152F45421D5C4DE38C | 07-13-2022 16:38:26 | Vixen | 07-08-2022 | 08-10-2022 | PA0002370903 |
| 16 | Info Hash: AE7859A84B38AA3012FC54F8083DC7BB98EEA9CB<br>File Hash: A8144653928B76356ECFE207ACB692A2DF407F16908E1A7C3BDC87A3E8829DE5 | 07-13-2022 15:43:58 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 17 | Info Hash: E4D5FF974940BB9BE109E06C32B1B451602CA5C8<br>File Hash: C5F8DFC32B7D8EE2BD75BB4F986DA24BEDD0FE8B4456C3D61F20C1F916B40FB2 | 07-13-2022 15:09:59 | Tushy | 07-10-2022 | 07-22-2022 | PA0002359469 |
| 18 | Info Hash: BDC478B3399A146077FBE08EF9A6B73E770BCED9<br>File Hash: A324B0DEA377CBC655B19BC9E32457684F1E0477064899BA8036545191AAE735 | 07-03-2022 19:26:27 | Blacked | 06-25-2022 | 07-22-2022 | PA0002359471 |
| 19 | Info Hash: 122DD1176E7094026020329C655E12AE208C3F47<br>File Hash: 312A04E5965969DB34448619957556C3CAA7641F51AC5CAEDBBAB0ADE50E0980 | 07-03-2022 18:57:43 | Tushy | 06-19-2022 | 08-10-2022 | PA0002370907 |
| 20 | Info Hash: 4CB02C24ADB67B79CD91DC3DF8597864A023F35D<br>File Hash: 086EF829F4F3DA1A06C21F4CC9D530EDBF094DD4A323F12FEED72D9104139F49 | 07-03-2022 18:44:33 | Blacked Raw | 06-20-2022 | 08-10-2022 | PA0002370905 |
| 21 | Info Hash: 7904A141CEE0C0AF1E207F32CD1F7997F26B469E<br>File Hash: 26942FF6602A2AD102834A5F74E45EEAD6B7FC7890ECD0A25B20E6E7417FDEEF | 07-03-2022 17:43:32 | Tushy | 06-26-2022 | 07-22-2022 | PA0002359467 |
| 22 | Info Hash: F81CE28FE9EBF38DDC6BD65EF545FE9D45AB0F5C<br>File Hash: CFCA30A575EC682A41EEE611A1D5F88666A5ADE1DFE65CC761774D742A47CA7D | 07-03-2022 17:26:16 | Blacked Raw | 06-27-2022 | 07-22-2022 | PA0002359465 |
| 23 | Info Hash: BC80BD3F8F630435C9109119CEDCCFC79247AFFC<br>File Hash: D6BBE2CEBDCE49178C2A67389B6D02D0DD75744CF01945D2458FF4E1337B4ABD | 06-20-2022 14:46:38 | Tushy | 02-27-2022 | 03-29-2022 | PA0002342706 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 7C5664503A6507504F1DD34CF346C34C843E29E1<br>File Hash:<br>B4C3341D97F538C2E474C49482AE121A378BAB847204DD5013AD20E9BC5CBA8A | 06-20-2022<br>14:19:20 | Blacked | 06-18-2022 | 06-27-2022 | PA0002355032 |
| 25 | Info Hash: 309024C828DF3FB77335331A1416A2078E5B2F04<br>File Hash:<br>44E24DDEA8CC646565E0756D7206106F1F0E93A93F82C324C3A6F4BE33A1494A | 06-20-2022<br>14:12:30 | Blacked Raw | 05-30-2022 | 07-21-2022 | PA0002367910 |
| 26 | Info Hash: FD5C62D3613EF573E62CD6548E3BDFA287B049F1<br>File Hash:<br>D69EA86DE6D070D289158FCFAC79742948FA880377BB95F432466115FA63BC67 | 06-20-2022<br>13:46:28 | Vixen | 04-01-2022 | 04-23-2022 | PA0002346428 |
| 27 | Info Hash: 14460C9C14FBE2AF72199CDE5A44701F0B6EB02B<br>File Hash:<br>9779F131A783314DD287D6DA26F1C5BFA145EBB837E040E4AB3D404A2925AA0F | 06-13-2022<br>23:47:28 | Blacked | 06-11-2022 | 06-27-2022 | PA0002355039 |
| 28 | Info Hash: 7226757B46D7B4F0CDB9323574DFA7303A311143<br>File Hash:<br>3F65B49F299B32660A623D4D74D344AE0472C2685F7787B4F2F28FB99C254381 | 06-12-2022<br>19:12:17 | Blacked Raw | 06-06-2022 | 06-27-2022 | PA0002355038 |
| 29 | Info Hash: 3ACD1EECE1081E1CA41E348646481F4D9E28B44E<br>File Hash:<br>478D6B308D7B444EECEAD5198C28C40247F9B84D3ACABEE6DA17B102831E08E7 | 06-07-2022<br>20:05:31 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 30 | Info Hash: 912683599A2B97B6405316B99F3BF9DCF5600C4E<br>File Hash:<br>8FE6145778ADD52AB56701731A8A40D139C1226A1CC859353BCC1DAFD5DABA6A | 06-07-2022<br>16:33:08 | Tushy | 06-05-2022 | 06-27-2022 | PA0002355037 |
| 31 | Info Hash: F3FFE03067B4C5FB4B05054E83FBB4081C9052F9<br>File Hash:<br>FDDC943D33FE63B194E3B54CDB0426E2F2195DDCAC3A67F3941C7BFBB03CDAE4 | 06-05-2022<br>18:11:02 | Vixen | 05-20-2022 | 06-27-2022 | PA0002354985 |
| 32 | Info Hash: 46857304ACE7F50BB0FA81A89D992DFD7234A063<br>File Hash:<br>E273352946EAC52115D1645E86441B060FD6CA129C923630923C5BFC08ABCBF2 | 06-05-2022<br>17:24:55 | Blacked | 05-21-2022 | 06-27-2022 | PA0002354986 |
| 33 | Info Hash: B05F50B1F184BDDA538D13BBBE60872463A78232<br>File Hash:<br>E10E5438FD6B923502AEF9C76918A727D94E45C5EA44186E27745DAC636797D2 | 06-05-2022<br>17:14:44 | Tushy | 05-22-2022 | 06-27-2022 | PA0002355029 |
| 34 | Info Hash: 40917DE7A333F699BBCD8032FD68051FCA103A6E<br>File Hash:<br>3CF504FBB36CF5A6A071EA980524324C36C7EF546EA4129DA2DB6712CFCFEF7F | 06-05-2022<br>16:38:05 | Blacked Raw | 05-23-2022 | 06-27-2022 | PA0002355031 |
| 35 | Info Hash: 0F4CEEDB8F6D27D7BFE969C594FE95F2BEED79B1<br>File Hash:<br>45EF60C61C818F4C41D4026EECBB5D2C42B4E3351E52714FE05EA5CEA09F96C9 | 06-05-2022<br>15:54:32 | Tushy | 05-29-2022 | 07-21-2022 | PA0002368036 |