UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Case No. 4:22-cv-03597 |
| JOHN DOE subscriber assigned IP address 73.136.3.151, | | |
| Defendant. | | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 73.136.3.151, are voluntarily dismissed with prejudice.

Dated: December 19, 2022          Respectfully submitted,

By:  */s/ Paul S. Beik*

Paul S. Beik
Beik Law Firm PLLC
917 Franklin Street, Suite 2
Houston, Texas 77002
Tel: (713) 869-6975
Fax: (713) 583-9169
paul@beiklaw.com
www.beiklaw.com

**ATTORNEY FOR PLAINTIFF,**
**STRIKE 3 HOLDINGS, LLC**