United States District Court
Southern District of Texas
**ENTERED**
December 19, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Strike 3 Holdings, LLC, | § |
| | § |
| Plaintiff, | § |
| v. | § |
| | § CIVIL ACTION NO. H-22-3597 |
| John Doe subscriber assigned IP address 73.136.3.151, | § |
| | § |
| Defendant. | § |

**ORDER**

On December 19, 2022, Plaintiff, Strike 3 Holdings, LLC, filed a Notice of Voluntary Dismissal with Prejudice (docket no. 7) stipulating to the voluntary dismissal of this action against Defendant, John Doe subscriber assigned IP address 73.136.3.151, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, this Court accepts the stipulation and this action is hereby **DISMISSED** with prejudice against refiling the same.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 19th day of December, 2022.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE